PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS BARRAGAN,<br><br>Defendant. | CASE NO. 2:15-CR-00098-DAD<br><br>ORDER DISMISSING INDICTMENT AS TO JUAN CARLOS BARRAGAN AND RECALLING ARREST WARRANT |

**ORDER**

The United States has moved to dismiss the indictment against Juan Carlos Barragan, filed May 14, 2015.  The Court, having reviewed the motion, finds that the motion is made in good faith. Accordingly, the Court hereby orders that the indictment against Juan Carlos Barragan is dismissed without prejudice.   The Clerk of the Court is directed to close this case as to defendant Juan Carlos Barragan.

IT IS SO ORDERED.

Dated:  **February 2, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE